PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
06-CR-20663

FILED
JUN 0 7 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

DOCKET NUMBER *(Rec. Court)*
4:13CR00226 CDP

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JONES, Danny | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Avern Cohn | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/26/13 — TO 03/25/16 |

OFFENSE
21 U.S.C. § 846, 841(a) and 841 (b)(a)(A)(ii)(II) – Conspiracy to Distribute Five Kilograms or More of Cocaine
18 U.S.C. § 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), 1956(a)(1)(B)(ii), 1956(h) and 1957 – Conspiracy to Launder Monetary Instruments

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   MICHIGAN

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 21, 2013
Date

s/Avern Cohn
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   Missouri

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/5/13
Effective Date

United States District Judge

Case: **4:13-cr-00226**
Assigned To : **Perry, Catherine D.**
Assign. Date : **6/7/2013**
Description: **Danny Jones**